# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE LAMAR PITMAN, | NO. CV 15-5533-DSF (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 8/7/15

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE